EDITH W. STEWART, Individually and as Executrix of ROBERT C. STEWART, Deceased, Appellant, *v.* THOMAS B. SMITH, Individually and as Surviving Partner of ROBERT C. STEWART AND COMPANY, Respondent.

Submitted June 3, 1941; decided July 29, 1941.

*Harry Mabel* for appellant.

*John P. Coffin, Philip S. Hill* and *Karl S. Deitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.